IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 01-cv-02156-WDM-OES

FRAN MATTERA,

    Plaintiff,

v.

GAMBRO, INC.,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the defendant Gambro, Inc.'s (Gambro) motion for attorney fees (doc. no. 109).  By order dated February 24, 2004, I awarded Gambro its reasonable attorney fees against plaintiff which Gambro incurred in defending plaintiff's Title VII claim.  Order, doc. no. 100, pp. 6-7.  Gambro filed appropriate documentation requesting an award of fees of $55,930, supported by an appropriate affidavit opining that the rates and hours charged were reasonable for the work performed.  Plaintiff has not filed any response.

    Following review, I find that the hours charged with respect to the defense of this claim are high but explainable because of the practice of plaintiff and her counsel in this case.  I likewise find that the hourly rates are reasonable.  Although I have some concern for the total amount, I note that because of an unsuccessful appeal by plaintiff and other factors, there has been a significant delay in entering judgment on this issue.

Taken into account inflation and loss of interest, I conclude that the requested amount is reasonable because of the delay.  *See Ramos v. Lamm*, 713 F.2d 546 (10th Cir. 1983).

Accordingly, it is ordered:

1.  Defendant's motion for entry of judgment on the court's award of attorney fees (doc. no. 109) is granted;

2.  Judgment shall enter in favor of Gambro, Inc. and against the plaintiff Fran Mattera for attorney fees in the amount of $55,930; and

3.  Interest shall accrue on the judgment as permitted by law.

DATED at Denver, Colorado, on March 14, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge